COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    In the Interest of M.A.B. IV v. Department of Family and Protective Services

Appellate case number:    01-15-00388-CV

Trial court case number:    2014-00044J

Trial court:    314th District Court of Harris County

        Appellant filed an Unopposed and Agreed Motion to Adjust Time Limits of Abatement Order. We **GRANT** the motion, and adjust the time table contained in our June 9, 2015 abatement order as follows.

        An extension to hold the abatement hearing is granted until June 30, 2015. The court reporter and district clerk's records of the abatement hearing will be due July 6, 2015, with **NO extensions**.

        This appeal will be reinstated and placed on our active docket on July 1, 2015, with no further action from this Court. Appellant's brief shall be due 20 days from the date of the abatement hearing. Appellee shall file its brief within 20 days after appellant's brief is filed. **NO extensions** of these deadlines will be considered.

        It is so ORDERED.

Judge's signature: /s/ Rebeca Huddle

        ☑ Acting individually    ☐ Acting for the Court

Date: June 12, 2015